

Philip R. White, Esq.
Loryn P. Riggiola, Esq.
Sills Cummis & Gross, P.C.
One Rockefeller Plaza
New York, New York 10020
Telephone: (212) 643-7000
Fax: (212) 643-6500
Attorneys for Mitsubishi Heavy Industries, Ltd.
and Mitsubishi Power Systems Americas, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Arbitration Between
Mitsubishi Heavy Industries, Ltd. and
Mitsubishi Power Systems Americas, Inc.,

          Petitioner,

And

Stone & Webster, Inc.

          Respondent.

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Petitioners Mitsubishi Heavy Industries, Ltd., and Mitsubishi Power Systems Americas, Inc. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: January 18, 2008

                                              PHILIP R. WHITE