

Philip R. White, Esq.
Loryn P. Riggiola, Esq.
Sills Cummis & Gross, P.C.
One Rockefeller Plaza
New York, New York 10020
Telephone: (212) 643-7000
Fax: (212) 643-6500
Attorneys for Mitsubishi Heavy Industries, Ltd.
and Mitsubishi Power Systems Americas, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc., <br><br> Petitioner, <br><br> And <br><br> Stone & Webster, Inc. <br><br> Respondent. | 08 Civ. 509 (JGK) (  ) <br><br> **AFFIRMATION OF SERVICE** |

I, Philip R. White, declare under penalty of perjury that I have served upon Stone & Webster, Inc. by hand delivery a copy of the following:

1. Civil Cover Sheet;

2. Petition To Vacate Award Of Arbitrators Pursuant To 9 U.S.C. § 10;

3. Affirmation Of Philip R. White In Support Of Motion To Vacate;

4. Motion To Vacate Arbitration Award Pursuant to 9 *U.S.C.* §10;

5. Memorandum Of The Petitioners In Support Of Their Motion To Vacate;

6. Proposed Order Vacating the Arbitration Award; and

7. Rule 7.1 Statement.

The aforementioned documents were served by hand delivery upon Stone & Webster, Inc. through their counsel of record Robert Peckar who consented to accepting such service at the following location:

> Robert S. Peckar, Esq.
> Peckar & Abramson, P.C.
> 70 Grand Avenue
> River Edge, New Jersey 07661

The aforementioned documents were served by overnight courier, FedEx, to the following:

> David J. White, Esq.
> Godwin Pappas Langley Ronquillo, LLP
> Renaissance Tower
> 1201 Elm Street, Suite 1700
> Dallas, Texas  75270-2084

Executed on January 15, 2008
New York, New York

PHILIP R. WHITE