UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Arbitration Between
Mitsubishi Heavy Industries, Ltd. and
Mitsubishi Power Systems Americas, Inc.,

                      Petitioners,

And

Stone & Webster, Inc.

                      Respondent.

Civil Action No. 08 Civ. 00509 (JGK) (JGF)

**STIPULATION REGARDING FILING OF EXHIBITS IN HARD COPY**

WHEREAS, on January 18, 2008, petitioners Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. (collectively, "Mitsubishi") served on respondent Stone & Webster, Inc. ("S&W") the Affirmation of Philip R. White in Support of Motion to Vacate an Arbitral Award Pursuant to 9 U.S.C. §10 ("White Affirmation"), together with the exhibits annexed thereto, in hard copy, and

WHEREAS, the exhibits to the White Affirmation are extremely voluminous and cannot reasonably be scanned and filed electronically via CM/ECF,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that Mitsubishi may file in hard copy the documents annexed to the White Affirmation with the Clerk of the Court in lieu of electronic filing via CM/ECF.

1356637 v1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

SILLS CUMMIS & GROSS P.C.
Attorneys for Petitioners
Mitsubishi Heavy Industries Ltd. and
Mitsubishi Power Systems Americas, Inc.
One Rockefeller Plaza
New York, New York 10020
(212) 643-7000

By: _____
PHILIP R. WHITE (PW-9431)

Dated: January 24, 2008

PECKAR & ABRAMSON, P.C.
Attorneys for Respondent
Stone & Webster, Inc.
41 Madison Avenue, 20th floor
New York, New York 10010
(212) 382-0909

By: _____
ALAN WINKLER (AW3217)

Dated: January 24, 2008

SO ORDERED:

_____
HON. JOHN G. KOELTL, U.S.D.J.

2/1/08

1356637 v1