```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Arbitration Between
Mitsubishi Heavy Industries, Ltd. and
Mitsubishi Power Systems Americas, Inc.,

                    Petitioners,

And

Stone & Webster, Inc.

                    Respondent.

Civil Action No. 08 Civ. 00509 (JGK)

**STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE PETITION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the parties, that the time within which Respondent may answer, move or otherwise respond to the Petition is extended by twenty days, to February 27, 2008.

| SILLS CUMMIS & GROSS P.C.<br>Attorneys for Petitioners<br>Mitsubishi Heavy Industries Ltd. and<br>Mitsubishi Power Systems Americas, Inc.<br>One Rockefeller Plaza<br>New York, New York 10020<br>(212) 643-7000<br><br>By: _____<br>PHILIP R. WHITE (PW9431)<br><br>Dated: February 6, 2008 | PECKAR & ABRAMSON, P.C.<br>Attorneys for Respondent<br>Stone & Webster, Inc.<br>41 Madison Avenue, 20th floor<br>New York, New York 10010<br>(212) 382-0909<br><br>By: _____<br>ALAN WINKLER (AW3217)<br><br>Dated: February 6, 2008 |

SO ORDERED:

_____
HON. JOHN G. KOELTL, U.S.D.J.

2/11/08

LAW OFFICES
Peckar &
Abramson
A Professional Corporation