UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE ARBITRATION
BETWEEN MITSUBISHI HEAVY INDUSTRIES,
LTD., AND MITSUBISHI POWER SYSTEMS           08 Civ. 509 (JGK)
AMERICAS,
                                             ORDER
                    Petitioners,

           - and -

STONE & WEBSTER, INC.,

                    Respondent.

JOHN G. KOELTL, District Judge:

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-15-08

     On February 28, 2008, the Court entered the attached order extending the respondent's time to answer, move, or otherwise respond to the petition until fourteen days after a decision was issued on the parties' requests in the underlying arbitration proceeding.

     The parties should inform the Court as to the status of the case by **July 21, 2008**.

SO ORDERED.

Dated:    New York, New York
          July 14, 2008

                                             _____
                                             John G. Koeltl
                                             United States District Judge



```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Arbitration Between
Mitsubishi Heavy Industries, Ltd. and
Mitsubishi Power Systems Americas, Inc.,

                Petitioners,

And

Stone & Webster, Inc.

                Respondent.

Civil Action No. 08 Civ. 00509 (JGK)

**STIPULATION EXTENDING RESPONDENT'S TIME TO RESPOND TO THE PETITION**

WHEREAS, the arbitrators in the underlying arbitration proceeding are considering a request by Respondent Stone & Webster, Inc. and a cross-request by Petitioners Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc., made pursuant to the International Arbitration Rules of the American Arbitration Association, which may result in a modification of the arbitration award that is the subject of this case; and

WHEREAS, the parties agree that this petition to vacate the arbitration award should not be addressed until the pending request and cross-request before the arbitrators are determined;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys for the parties, that the time within which Respondent may answer, move or otherwise respond to the Petition is extended until fourteen days after the pending request made by Respondent Stone & Webster, Inc. and cross-request by Petitioners Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. in the underlying arbitration proceeding are determined by the arbitrators.

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

| SILLS CUMMIS & GROSS P.C.<br>Attorneys for Petitioners<br>Mitsubishi Heavy Industries Ltd. and<br>Mitsubishi Power Systems Americas, Inc.<br>One Rockefeller Plaza<br>New York, New York 10020<br>(212) 643-7000<br><br>By: _____<br>PHILIP R. WHITE (PW9431)<br><br>Dated: February 26, 2008 | PECKAR & ABRAMSON, P.C.<br>Attorneys for Respondent<br>Stone & Webster, Inc.<br>41 Madison Avenue, 20th floor<br>New York, New York 10010<br>(212) 382-0909<br><br>By: _____<br>ALAN WINKLER (AW3217)<br><br>Dated: February 26, 2008 |
|---|---|

SO ORDERED:

_____
HON. JOHN G. KOELTL, U.S.D.J.

2/28/08

LAW OFFICES
Peckar &
Abramson
A Professional Corporation