SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

Athena S. Cheng
Associate
Direct Dial: (973) 643-5338
E-mail: acheng@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
8/7/08

August 7, 2008

Via Facsimile

The Honorable John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1030
New York, NY 10007

   Re: *In the Matter of the Arbitration Between Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. and Stone & Webster, Inc.*, Case No. 08-cv-00509 (JGK) (JGF)

Dear Judge Koeltl:

  This firm represents Petitioners Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. (collectively, "Mitsubishi") in the above-referenced matter.

  We write to request an adjournment of the August 18, 2008 deadline scheduled by Your Honor for the parties to resolve by consent stipulation or by other administrative means Mitsubishi's pending motion to vacate the arbitral award issued in the matter. Due to overlapping vacation schedules, both counsel of record for Mitsubishi, Mr. White and Ms. Riggiola, are out of the country and will not return until at least August 16. When we agreed to the August 18 deadline during last week's conference call, we overlooked the scheduling conflict.

  Accordingly, we request a brief adjournment until Friday, September 5, 2008 for the parties to respond to Your Honor's request. Our adversary has granted his consent to our adjournment request.



Thank you for your courtesies in this matter.

Respectfully,

*Athena Cheng* (signature)

Athena S. Cheng

cc: Alan Winkler, Esq. (via e-mail)
Robert Peckar, Esq. (via e-mail)
Philip R. White, Esq. (via e-mail)
Loryn R. Riggiola, Esq. (via e-mail)